IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISIONS

| | | |
|---|---|---|
| United States ex rel. Mechanical Systems of Dayton, Inc. et al., | : | Case No. 3:15-cv-00100 |
| | | JUDGE THOMAS M. ROSE |
| Plaintiffs, | : | |
| v. | : | **AGREED ORDER STAYING PROCEEDINGS PENDING ARBITRATION.** |
| Q.B.S., Inc. and Federal Insurance Company, | : | |
| | : | |
| Defendants. | : | |

___

WHEREAS, on March 19, 2015, Plaintiffs filed a complaint against Defendants, Q.B.S., Inc. and Federal Insurance Company; and

WHEREAS, the parties have mutually agreed to stay the above proceedings pending arbitration;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned proceeding be stayed in its entirety pending arbitration of the claims between Plaintiffs and Defendant Q.B.S., Inc.  The stay order herein shall continue until further order of the Court.

 Counsel for Defendants is ORDERED to file quarterly updates on the docket of this case informing the Court of the status of the arbitration proceedings.

              SO ORDERED

May 1, 2015           s/Thomas M. Rose

               _____
               JUDGE THOMAS M. ROSE

Respectfully submitted,

By /s/   Richard L. Carr, Jr.
  Richard L. Carr, Jr. (0003180)

  Donald B. Rineer (0071511)

 DUNLEVEY, MAHAN & FURRY

 110 North Main Street; Suite 1000
 Dayton, Ohio  45402
 Phone:  937-223-6003
 Fax:  937-223-8550
 Email:  rlc@dmfdayton.com

ATTORNEYS FOR PLAINTIFFS
United States ex rel. Mechanical Systems
Of Dayton, Inc. and Mechanical Systems of
Dayton, Inc.

By /s/   John A. Murphy, Jr.
John A. Murphy, Jr. ( 0019242)
Millennium Centre-Suite 300.

200 Market Avenue North

Canton, Ohio, 44702
Phone:  (330) 455-0173
Fax (330) 2633

ATTORNEY FOR DEFENDANTS
Q.B.S., Inc. and Federal Insurance Company